371 A.2d 518
Maser v. Maser, Appellant.

Argued September 14, 1976.   Kingsley A. Jarvis, for appellant; Richard C. Sheehan, for appellee.

Order affirmed.